UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

----------------------------------------------------------------

UNITED STATES OF AMERICA,

                                    Plaintiff,

                    -against-

Henry Meneses Ledesma

                                    Defendant.

----------------------------------------------------------------

Case No.: 26 M J 5 0 6 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Kim P. Berg,
United States Magistrate Judge

Dated:        12 day of June , 20 26
        White Plains, New York